IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL M. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11-cv-00611-JPG-PMF |
| ) | |
| DR. BAHRAT SHAH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the court on Plaintiff's Motion (Doc. 106) for Additional Time to File R/R (Doc. 105) Objection. For the following reasons, Plaintiff's Motion (Doc. 106) is denied as moot.

The Report and Recommendations (R & R) was filed October 6, 2014, and Plaintiff was aware of the 14 day timeframe in which to file objections. Plaintiff admits that his objections were due on or before October 23, 2014. In defense of his failure to respond, Plaintiff states that he was experiencing medical issues that required emergency care of October 4th, 2014. Although the Court understands the difficulty associated with medical issues, it is noted that the emergency care was prior to the R & R being filed and that Plaintiff failed to request an extension of time for filing until four days after the deadline.

The Court adopted the R & R on the same day that Plaintiff filed his request for extension. As such, Plaintiff's Motion (Doc. 106) for Additional Time to File R/R (Doc. 105) is denied as **MOOT**. The Plaintiff retains the right to file a Motion to Alter or Amend Judgment within 28 days from the date of the Judgment Order.

**IT IS SO ORDERED.**

**DATED:** 10/29/2014

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**